**Petition for Writ of Mandamus Dismissed and Memorandum Opinion filed July 12, 2022.**



**In The**

# Fourteenth Court of Appeals

---

**NO. 14-22-00088-CV**

---

## IN RE KENSINGTON COMMONS PARTNERS LP, Relator

---

**ORIGINAL PROCEEDING**
**WRIT OF MANDAMUS**
**400th District Court**
**Fort Bend County, Texas**
**Trial Court Cause No. 17-DCV-241510A**

---

## MEMORANDUM OPINION

On February 11, 2022, relator Kensington Commons Partners LP filed a petition for writ of mandamus in this court. *See* Tex. Gov't Code Ann. § 22.221; *see also* Tex. R. App. P. 52. In the petition, relator asks this court to compel the Honorable Tameika Carter, presiding judge of the 400th District Court of Fort Bend County, to set aside her November 9, 2021 second sanctions order.

On June 30, 2022, the parties filed a joint motion to dismiss this original proceeding because the parties have settled the underlying case. Relator's request for relief is now moot. The motion is GRANTED.

Accordingly, we dismiss relator's petition for writ of mandamus for want of jurisdiction.


PER CURIAM

Panel consists of Chief Justice Christopher and Justices Bourliot and Spain.